UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-80951-CIV-ROSENBAUM/SELTZER

SAMANTHA BOULDRY, EULA HUFF,
SANDRA LORENZ, and JANET
ROBERTS,

                Plaintiffs,

v.

C.R. BARD, INC., a corporation of the
State of New Jersey, and BARD
PERIPHERAL VASCULAR, INC., a
corporation of the State of Arizona, and
DOE DEFENDANTS 1 through 20,

                Defendants.
_____/

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This matter is before the Court on the Motion of Marilyn A. Moberg seeking to appear *pro hac vice* as co-counsel for Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc. [D.E. 45]. The Court notes that Ms. Moberg has paid a $75.00 fee, which covers *pro hac vice* admission in this case only.  Ms. Moberg has also certified that she has studied the Local Rules of this Court.

Having considered the Motion and the accompanying Certification of Ms. Moberg, the Court hereby **GRANTS** the Motion to Appear *Pro Hac Vice*.  [D.E. 45].  The Clerk shall provide Notices of Electronic Filing in this case to Ms. Moberg at mmoberg@reedsmith.com.

The Court reserves the power to withdraw permission to appear *pro hac vice* at any time before or during trial.  Failure to abide by any Court Order or failure to appear at any scheduled matter may result in immediate revocation of counsel's *pro hac vice* status.  Local counsel must be

prepared to represent Defendants adequately at any time, including at trial.

**DONE** and **ORDERED** at Fort Lauderdale, Florida, this 4th day of April 2013.

_____
ROBIN S. ROSENBAUM
UNITED STATED DISTRICT JUDGE

Copies:

Counsel of Record